ORDER:
Motion granted.
Dispositive motions shall be filed by March 12, 2012.

*s/ John S. Bryant*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| TRAVIS L. McCULLOUGH, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | 3:10-0649   LEAD CASE |
| CHARLIE ALEXANDER, GREYHOUND ) | JUDGE HAYNES |
| LINES, INC., BEKIR OSMICEVIC and ) | MAGISTRATE BRYANT |
| MCR TRANS, INC. ) | JURY DEMAND |
| ) | |
| and ) | |
| ) | 3:11-0358 |
| BARBARA J. COOPER, et al ) | |
| ) | |
| Plaintiffs, ) | 3:11-0438 |
| v. ) | |
| ) | |
| CHARLIE ALEXANDER, et al ) | |
| ) | |
| Defendants, ) | |
| and ) | |
| ) | |
| TERRI DEWALD, et al ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| MCR TRANSPORT, et al ) | |
| ) | |
| Defendants. ) | |

**<u>MOTION TO CLARIFY</u>**

The Defendant, MCR Trans, Inc., files this Motion to Clarify an issue related to the dispositive motion deadline set forth in the Initial Case Management Order (Dkt. 47). In the Order, the dispositive motion deadline is set for Sunday, March 11, 2012. It is this Defendant's interpretation of the Federal Rules of Civil Procedure that the actual deadline would fall on