IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| TRAVIS L. McCULLOUGH, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 3:10-0649   LEAD CASE |
| ) | JUDGE HAYNES |
| CHARLIE ALEXANDER, GREYHOUND ) | MAGISTRATE BRYANT |
| LINES, INC., BEKIR OSMICEVIC, and ) | JURY DEMAND |
| MCR TRANS, INC. ) | |
| ) | |
| Defendants, ) | |
| v. ) | No. 3:11-0358 |
| ) | |
| CHARLIE ALEXANDER, et al, ) | |
| ) | |
| Defendants/Cross-Plaintiff ) | |
| ) | |
| v. ) | No. 3:11-0438 |
| ) | |
| MCR TRANS, INC. and BEKIR ) | |
| OSMICEVIC, ) | |
| ) | |
| Cross-Defendants. ) | |

**ORDER**

The Court finds that Joint Motion of Cross-Plaintiff Charlie Alexander and Cross-Defendants MCR Trans, Inc. and Bekir Osmicevic is well taken, and orders that they be given until May 15, 2012, to complete all discovery pertaining to the Cross-Plaintiff's damages. The remainder of the Case Management Order (Dkt. 47) shall remain in effect.

It is so **ORDERED**.

*s/ John S. Bryant*
John S. Bryant
United States Magistrate Judge