IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

TRAVIS McCULLOUGH,

    Plaintiff,

v.                                                       Case No. 3:10-cv-00649 **LEAD CASE**
                                                       JURY DEMANDED

CHARLIE ALEXANDER,
GREYHOUND LINES, INC.
BEKIR OSMICEVIC and
MCR TRANS, INC.,

    Defendants.

BARBARA J. COOPER, et al.,

    Plaintiffs,

v.                                                       Case No.: 3:11-0358

CHARLIE ALEXANDER, et al.,

    Defendants.

TERRI DEWALD, et al.

    Plaintiffs,

v.                                                       Case No.: 3:11-0438

MCR TRANSPORT, et al.

    Defendants.

---

ORDER GRANTING DEFENDANT GREYHOUND LINES, INC.'S
MOTION TO SEAL ATTACHMENT TO DOCUMENT NUMBER 83

---

    This cause came on to be heard upon the written Motion to Seal the Attachment to Document Number 83 from all of which the Court finds that the Motion is well taken and should be granted.

IT IS SO ORDERED.

Entered this 23rd day of April, 2012.

          *s/ John S. Bryant*
          John S. Bryant, U. S. Magistrate Judge

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been sent, via electronic means via the Court's electronic filing system to:

| | |
|---|---|
| R. Steven Waldron, Esq.<br>Waldron & Fann<br>202 W. Main Street<br>Murfreesboro, TN 37130<br>arlenesmith@comcast.net | David A. Changas, Esq.<br>Lewis, King, Krieg & Waldrop, P.C.<br>424 Church Street, Suite 2500<br>P.O. Box 198615<br>Nashville, TN 37219<br>dchangas@lewisking.com |
| David A. McLaughlin<br>Morgan & Morgan Memphis, LLC<br>One Commerce Square, 26th Floor<br>Memphis, TN 38103<br>dmclaughlin@forthepeople.com | Robert L. Scull<br>1601 S. Broadway Street<br>Little Rock, AR 72206<br>rscull@petermillerlaw.com |
| Garry J. Rhoden<br>The Rhoden Firm<br>1661 International Place Drive, Suite 400<br>Memphis, TN 38120<br>garry@rhodenfirm.com | Thomas Mink, II, Esq.<br>316 Waterloo Street<br>Lawrenceburg, TN 38464<br>mink-dc@tpmmlaw.com<br><br>this the 20th day of April, 2012. |

          s/ Lee L. Piovarcy