IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

TRAVIS McCULLOUGH,

    Plaintiff,

v.

    Case No. 3:10-cv-00649 **LEAD CASE**
    JURY DEMANDED

CHARLIE ALEXANDER,
GREYHOUND LINES, INC.
BEKIR OSMICEVIC and
MCR TRANS, INC.,

    Defendants.

BARBARA J. COOPER, et al.,

    Plaintiffs,

v.

    Case No.:  3:11-0358

CHARLIE ALEXANDER, et al.,

    Defendants.

TERRI DEWALD, et al.

    Plaintiffs,

v.

    Case No.:  3:11-0438

MCR TRANSPORT, et al.

    Defendants.

---

ORDER GRANTING DEFENDANT GREYHOUND LINES, INC.'S
MOTION TO SEAL ATTACHMENT TO DOCUMENT NUMBER 83

---

    This cause came on to be heard upon the written Motion to Seal the Attachment to

Document Number 83 from all of which the Court finds that the Motion is well taken and should

be granted.

IT IS SO ORDERED.

Entered this 23rd day of April, 2012.

*s/ John S. Bryant*
———————————————————————
John S. Bryant, U. S. Magistrate Judge

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing has been sent, via electronic means via the Court's electronic filing system to:

R. Steven Waldron, Esq.
Waldron & Fann
202 W. Main Street
Murfreesboro, TN 37130
arlenesmith@comcast.net

David A. McLaughlin
Morgan & Morgan Memphis, LLC
One Commerce Square, 26th Floor
Memphis, TN 38103
dmclaughlin@forthepeople.com

Garry J. Rhoden
The Rhoden Firm
1661 International Place Drive, Suite 400
Memphis, TN 38120
garry@rhodenfirm.com

David A. Changas, Esq.
Lewis, King, Krieg & Waldrop, P.C.
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
dchangas@lewisking.com

Robert L. Scull
1601 S. Broadway Street
Little Rock, AR 72206
rscull@petermillerlaw.com

Thomas Mink, II, Esq.
316 Waterloo Street
Lawrenceburg, TN 38464
mink-dc@tpmmlaw.com

this the 20th day of April, 2012.

s/ Lee L. Piovarcy