```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION

TRAVIS L. McCULLOUGH,           )
                                )
         Plaintiff              )    No. 3:10-0649 LEAD CASE
                                )    Judge Haynes/Bryant/Brown
v.                              )    Jury Demand
                                )
CHARLIE ALEXANDER, et al.,      )
                                )
         Defendants             )


BARBARA J. COOPER, et al.,      )
                                )
         Plaintiffs             )
                                )    No. 3:11-0358
v.                              )    Judge Haynes
                                )    Jury Demand
CHARLIE ALEXANDER, et al.       )
                                )
         Defendants             )


TERRI De WALD, et al.,          )
                                )
         Plaintiffs             )
                                )    No. 3:11-0438
v.                              )    Judge Haynes/Bryant
                                )    Jury Demand
MCR TRANSPORT, et al.,          )
                                )
         Defendants             )
```

### O R D E R

The Magistrate Judge's office was contacted by Mr. Piovarcy, who advised that the only parties who wished a settlement conference was in the *McCullough* case (3:10-0649). He advised that the *Cooper* and *De Wald* cases were not yet ready for a settlement conference.

It would have been easier on all concerned had this been made clear to Magistrate Judge Bryant and the undersigned when the

settlement conference was requested. Nevertheless, the order setting the scheduling conference (Docket Entry 92) is **modified** to provide that it will apply only to the *McCullough* case (3:10-0649).

If the Magistrate Judge is incorrect in understanding the present situation, the parties should promptly contact his office and advise if they have a different position.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge