UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TRAVIS L. McCULLOUGH, | ) | |
| | ) | |
| Plaintiff | ) | No. 3:10-0649 **LEAD CASE** |
| | ) | Judge Haynes/Bryant/Brown |
| v. | ) | **Jury Demand** |
| | ) | |
| CHARLIE ALEXANDER, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |
| | | |
| BARBARA J. COOPER, *et al.*, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | No. 3:11-0358 |
| v. | ) | Judge Haynes |
| | ) | **Jury Demand** |
| CHARLIE ALEXANDER, *et al.* | ) | |
| | ) | |
| Defendants | ) | |
| | | |
| TERRI De WALD, *et al.*, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | No. 3:11-0438 |
| v. | ) | Judge Haynes/Bryant |
| | ) | **Jury Demand** |
| MCR TRANSPORT, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

### O R D E R

A settlement conference was held with the parties in this matter on June 18, 2012. Although the parties bargained in good faith a settlement satisfactory to both sides would not be reached. The **Clerk** is directed to return the file to Magistrate Judge Bryant inasmuch as there are motions pending on which he will need to prepare a report and recommendation.

The parties were advised that the undersigned remains available should they believe further discussions should be of any benefit.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge
