```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

TRAVIS L. McCULLOUGH,            )
                                 )
         Plaintiff               )   No. 3:10-0649 **LEAD CASE**
                                 )   Judge Haynes/Bryant/Brown
v.                               )   **Jury Demand**
                                 )
CHARLIE ALEXANDER, *et al.*,     )
                                 )
         Defendants              )


BARBARA J. COOPER, *et al.*,     )
                                 )
         Plaintiffs              )
                                 )   No. 3:11-0358
v.                               )   Judge Haynes
                                 )   **Jury Demand**
CHARLIE ALEXANDER, *et al.*      )
                                 )
         Defendants              )


TERRI De WALD, *et al.*,         )
                                 )
         Plaintiffs              )
                                 )   No. 3:11-0438
v.                               )   Judge Haynes/Bryant
                                 )   **Jury Demand**
MCR TRANSPORT, *et al.*,         )
                                 )
         Defendants              )

## **O R D E R**

A settlement conference was held with the parties in this matter on June 18, 2012. Although the parties bargained in good faith a settlement satisfactory to both sides would not be reached. The **Clerk** is directed to return the file to Magistrate Judge Bryant inasmuch as there are motions pending on which he will need to prepare a report and recommendation.

The parties were advised that the undersigned remains available should they believe further discussions should be of any benefit.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge