ORDER:
motion granted.
John Bryant, USMJ

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| TRAVIS L. McCULLOUGH, | ) |
| Plaintiffs, | ) |
| v. | ) No. 3:10-0649 LEAD CASE |
| | ) JUDGE HAYNES |
| CHARLIE ALEXANDER, GREYHOUND | ) MAGISTRATE BRYANT |
| LINES, INC., BEKIR OSMICEVIC, and | ) JURY DEMAND |
| MCR TRANS, INC. | ) |
| Defendants, | ) |
| v. | ) No. 3:11-0358 |
| CHARLIE ALEXANDER, et al, | ) |
| Defendants/Cross-Plaintiff | ) |
| v. | ) No. 3:11-0438 |
| MCR TRANS, INC. and BEKIR OSMICEVIC, | ) |
| Cross-Defendants. | ) |

## MOTION FOR LEAVE TO FILE REPLY

Defendants MCR Trans, Inc. and Bekir Osmicevic, by and through counsel, pursuant to Local Rule 7.01(b), move this Court for leave to file a reply to Plaintiff's Response in Opposition to their Motion to Continue. For cause, Defendants state the need to address issues raised in Plaintiff's Response. A copy of Defendant's proposed Reply is attached as Exhibit A.