# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| TRAVIS L. McCULLOUGH, | ) |
| Plaintiff, | ) |
| v. | ) No.: 3:10-0649 LEAD CASE |
| CHARLIE ALEXANDER, GREYHOUND LINES, INC., BEKIR OSMICEVIC and MCR TRANS, INC., | ) JUDGE HAYNES<br>) MAGISTRATE BRYANT<br>) JURY DEMAND |
| and | ) |
| BARBARA J. COOPER, et al., | ) 3:11-0358 |
| Plaintiffs, | ) 3:11-0438 |
| v. | ) |
| CHARLIE ALEXANDER, et al., | ) |
| Defendants, | ) |
| and | ) |
| TERRI DEWALD, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| MCR TRANSPORT, et al., | ) |
| Defendants. | ) |

## AGREED ORDER OF COMPROMISE AND DISMISSAL

It appearing to the Court, as evidenced by the electronic signatures of counsel hereto, that the Plaintiffs, Travis L. McCullough, Terri DeWald and Scott DeWald, and Defendants, MCR Trans, Inc., Greyhound Lines, Inc., Charlie Alexander and Bekir Osmicevic, have agreed to compromise and settle all matters in controversy between them in this case and that the

Defendants, MCR Trans, Inc., Greyhound Lines, Inc., Charlie Alexander and Bekir Osmicevic, are intended to be discharged from any further liability to these Plaintiffs, including all subrogation interests, all medical liens, hospital liens, doctor's liens, worker's compensation liens, disability liens, or any other liens of any kind, as well as all other bills or costs, it is accordingly

**ORDERED** that Defendants, MCR Trans, Inc., Greyhound Lines, Inc., Charlie Alexander and Bekir Osmicevic, be dismissed from this case with prejudice and from any and all other responsibilities connected with this matter, and that this cause be and the same is hereby dismissed with prejudice as to the refiling of same as to Defendants, MCR Trans, Inc., Greyhound Lines, Inc., Charlie Alexander and Bekir Osmicevic, by these Plaintiffs. This dismissal shall not operate as a dismissal of the claims of Barbara Cooper or LaJoy Cooper, or the Cross-Claim of Charlie Alexander.

BE IT SO ENTERED this 21st day of September, 2012.

_____
JUDGE

APPROVED FOR ENTRY:

LEWIS, KING, KRIEG & WALDROP, P.C.

By: /s/David A. Changas
    David A. Changas, BPR No. 20679
    424 Church Street, Suite 2500
    P.O. Box 198615
    Nashville, TN 37219-8615
    (615) 259-1366
    *Attorneys for MCR Trans, Inc. and Bekir Osmicevic*

2