IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BARBARA J. COOPER and LAJOY COOPER, | ) ) ) | |
| Plaintiffs, | ) ) ) | NO. 3:10-00649<br>Lead Case<br>Chief Judge Haynes |
| v. | ) ) | |
| CHARLIE ALEXANDER, et al., | ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| BARBARA J. COOPER and LAJOY COOPER, | ) ) ) | |
| Plaintiffs, | ) ) | 3:11-00358 |
| v. | ) ) | |
| CHARLIE ALEXANDER, et al., | ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| TERRY WALD and SCOTT WALD, | ) ) | |
| Plaintiffs, | ) ) ) | 3:11-00438 |
| v. | ) ) | |
| MCR TRANSPORT, et al., | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

A status conference is set for all non-settling parties in this action for **Friday, October 12, 2012 at 11:00 a.m.**

It is so **ORDERED**.

ENTERED this the ___ day of September, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge