IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

TRAVIS McCULLOUGH,

 Plaintiff

v.                Case No. 3:10-cv-00649 **LEAD CASE**
                 JURY DEMANDED

CHARLIE ALEXANDER,
GRAYHOUND LINES, INC.
BEKIR OSMICEVIC and
MCR TRANS, INC.,

 Defendants.

BARBARA J. COOPER, et al.,

 Plaintiffs

v.               Case No. 3:11-0358

CHARLIE ALEXANDER, et al.,

 Defendants

TERRI DEWALD, et al.

 Plaintiffs

v.               Case No. 3:11-0438

MCR TRANSPORT, et al.

 Defendants.

*[Handwritten annotation: Granted. This motion is GRANTED. The conference is reset for November 9, 2012 at 3:30 pm. /s/ [signature] 10-10-12]*

**PLAINTIFF COOPER'S MOTION FOR A CONTINUANCE OF STATUS CONFERENCE**

 NOW COMES Barbara Cooper and LaJoy Cooper in their capacity as Plaintiffs through counsel The Law Offices of Peter Miller and States as follows:

Case 3:10-cv-00649 Document 121 Filed 10/09/12 Page 1 of 3 PageID #: 1308
Case 3:10-cv-00649 Document 122 Filed 10/10/12 Page 1 of 1 PageID #: 1311