IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

TRAVIS McCULLOUGH,

    Plaintiff

v.                                    Case No. 3:10-cv-00649 **LEAD CASE**
                                    JURY DEMANDED

CHARLIE ALEXANDER,
GRAYHOUND LINES, INC.
BEKIR OSMICEVIC and
MCR TRANS, INC.,

    Defendants.

BARBARA J. COOPER, et al.,

    Plaintiffs

v.                                    Case No. 3:11-0358

CHARLIE ALEXANDER, et al.,

    Defendants

TERRI DEWALD, et al.

    Plaintiffs

v.                                    Case No. 3:11-0438

MCR TRANSPORT, et al.

    Defendants.

*[Handwritten note: Granted. This motion is GRANTED. The conference is reset for November 9, 2012 at 3:30 pm. /s/ [Judge signature]]*

---

**PLAINTIFF COOPER'S MOTION FOR A CONTINUANCE OF STATUS CONFERENCE** *10-10-12*

NOW COMES Barbara Cooper and LaJoy Cooper in their capacity as Plaintiffs through counsel The Law Offices of Peter Miller and States as follows: