# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

BARBARA COOPER et al.,                    )
                                          )
      Plaintiffs,                     )
                                          )
v.                                        )          No. 3:10-0649
                                          )          Chief Judge Haynes
CHARLIE ALEXANDER, et al.,                )
                                          )
      Defendants.                     )

## O R D E R

The status conference in this action is **re-set for Friday, November 16, 2012 at 1:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the 5th day of November, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court