IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BARBARA COOPER et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:10-0649 |
| ) | Chief Judge Haynes |
| CHARLIE ALEXANDER, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

A status conference in this action is **set for Friday, January 18, 2013 at 3:00 p.m.**

It is so **ORDERED**.

ENTERED this the __18__ day of November, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court