IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BARBARA COOPER et al., )
)
    Plaintiffs, )
)
v. ) No. 3:10-0649
) Chief Judge Haynes
CHARLIE ALEXANDER, et al., )
)
    Defendants. )

## ORDER

A status conference in this action is **set for Friday, January 18, 2013 at 3:00 p.m.**

It is so **ORDERED**.

ENTERED this the ___ day of November, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court