# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| TRAVIS L. McCULLOUGH, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) No.: 3:10-0649   LEAD CASE |
| CHARLIE ALEXANDER, GREYHOUND | ) JUDGE HAYNES |
| LINES, INC., BEKIR OSMICEVIC and | ) MAGISTRATE BRYANT |
| MCR TRANS, INC., | ) JURY DEMAND |
| and | ) |
| | ) 3:11-0358 |
| BARBARA J. COOPER, et al., | ) |
| Plaintiffs, | ) 3:11-0438 |
| v. | ) |
| CHARLIE ALEXANDER, et al., | ) |
| Defendants, | ) |
| and | ) |
| TERRI DEWALD, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| MCR TRANSPORT, et al., | ) |
| Defendants. | ) |

## AGREED ORDER OF COMPROMISE AND DISMISSAL

It appearing to the Court, as evidenced by the electronic signatures of counsel hereto, that Plaintiffs Barbara Cooper and LaJoy Cooper, and Defendants, MCR Trans, Inc., Greyhound Lines, Inc., Charlie Alexander and Bekir Osmicevic, have agreed to compromise and settle all matters in controversy between them in this case and that the Defendants, MCR Trans, Inc.,

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Greyhound Lines, Inc., Charlie Alexander and Bekir Osmicevic, are intended to be discharged from any further liability to these Plaintiffs, including all subrogation interests, all medical liens, hospital liens, doctor's liens, worker's compensation liens, disability liens, or any other liens of any kind, as well as all other bills or costs, it is accordingly

**ORDERED** that Defendants, MCR Trans, Inc., Greyhound Lines, Inc., Charlie Alexander and Bekir Osmicevic, be dismissed from this case with prejudice and from any and all other responsibilities connected with this matter, and that this cause be and the same is hereby dismissed with prejudice as to the refiling of same as to Defendants, MCR Trans, Inc., Greyhound Lines, Inc., Charlie Alexander and Bekir Osmicevic, by these Plaintiffs. This dismissal shall not operate as a dismissal of the Cross-Claim of Charlie Alexander.

BE IT SO ENTERED this _17th_ day of _January_, 2013.

_____
JUDGE

APPROVED FOR ENTRY:

LEWIS, KING, KRIEG & WALDROP, P.C.

By: /s/David A. Changas
    David A. Changas, BPR No. 20679
    424 Church Street, Suite 2500
    P.O. Box 198615
    Nashville, TN 37219-8615
    (615) 259-1366
    *Attorneys for MCR Trans, Inc. and Bekir Osmicevic*

2

Case 3:10-cv-00649   Document 127   Filed 01/15/13   Page 2 of 3 PageID #: 1325
Case 3:10-cv-00649   Document 131   Filed 01/17/13   Page 2 of 2 PageID #: 1337

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)