TRAVIS L. McCULLOUGH,               )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )
                                    )   3:10-0649  LEAD CASE
CHARLIE ALEXANDER, GREYHOUND        )   JUDGE HAYNES
LINES, INC., BEKIR OSMICEVIC and    )   MAGISTRATE BRYANT
MCR TRANS, INC.                     )   JURY DEMAND
                                    )
and                                 )
                                    )
                                    )   3:11-0358
BARBARA J. COOPER, et al            )
                                    )
        Plaintiffs,                 )
                                    )
v.                                  )
                                    )
CHARLIE ALEXANDER, et al            )
                                    )
        Defendants/Cross-Plaintiffs )
                                    )
and                                 )
                                    )
TERRI DEWALD, et al                 )
                                    )
        Plaintiffs,                 )
                                    )
v.                                  )
                                    )   3:11-0438
MCR TRANSPORT, et al                )
                                    )
        Defendants.                 )

*[Handwritten order:]* ORDER This motion is GRANTED and each of these actions is ADMINISTRATIVELY CLOSED but may be reopened upon completion of mediation or when the parties are prepared for trial. Any party of the remaining parties may move to reopen. This Order shall be filed in each of the three actions. [signature] W [illegible] 9-4-14

## JOINT MOTION TO CONTINUE TRIAL

The parties, by and through counsel, jointly move this Court for an Order continuing the

trial of this matter, which is currently set for November 4, 2014. In support of this Motion, the

parties state as follows: